U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 0 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

UNITED STATES OF AMERICA

versus                              CRIMINAL NO. 06-50076-01
                                    JUDGE TOM STAGG
DEMARCUS BLUE

## ORDER

Before the court is a motion requesting recalculation of his criminal history score filed by the defendant, DeMarcus Blue. See Record Document 28.

The court has done so and does not find any error with the original calculation. Accordingly;

**IT IS ORDERED** that the defendant's motion for recalculation of his criminal history score be **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 6th day of March, 2008.

_____
JUDGE TOM STAGG